NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DANNY MCGLOTHLIN** AND
**MCB SALES & INSTALLATION SERVICES, INC.,**
*Plaintiffs-Appellants,*

**v.**

**CEQUENT PERFORMANCE PRODUCTS, INC.,**
*Defendant-Appellee.*

———————————

2013-1634

———————————

Appeal from the United States District Court for the Eastern District of Arkansas in No. 11-CV-0055, Judge J. Leon Holmes.

———————————

**ON MOTION**

———————————

**O R D E R**

Danny McGlothlin and MCB Sales & Installation Services, Inc. move to dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

2          MCGLOTHLIN v. CEQUENT PERFORMANCE PRODUCTS

    (1)  The motion to dismiss is granted.  The appeal is dismissed.

    (2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: December 19, 2013